THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY SABATINO, Respondent, *v.* EDGAR S. JENNINGS, as Warden of Auburn Prison, Appellant.

*Habeas corpus — waiver — right to absolute discharge as directed by order in habeas corpus proceeding not waived by thereafter signing parole papers.*

*People ex rel. Sabatino v. Jennings,* 221 App. Div. 418, affirmed. (Argued November 21, 1927; decided December 6, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 25, 1927, which reversed an order of Special Term dismissing a writ of habeas corpus, sustained said writ and directed the discharge of the relator. The question was whether a prisoner by signing parole papers waived his right to an absolute discharge as directed by an order in habeas corpus proceedings.

*Albert Ottinger, Attorney-General (Henry C. Henderson* and *Edward J. Grogan, Jr.,* of counsel), for appellant.

*Benny Sabatino,* respondent, in person.

Order affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.